UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| **DUCOTE INVESTMENT PROPERTIES, LLC**<br>    *Plaintiff* | CIVIL ACTION NO:_____ |
| **VERSUS** | JUDGE _____ |
| **FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN**<br>    *Defendant* | MAGISTRATE _____ |

**NOTICE OF REMOVAL AND REQUEST FOR TRIAL BY JURY**
**HURRICANE LAURA AND HURRICANE DELTA LITIGATION**

NOW INTO COURT, through undersigned counsel, comes FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN, (hereinafter from time-to-time referred to as "Foremost"), which hereby files this notice of removal of the above captioned action to the United States District Court for the Western District of Louisiana, Alexandria Division, from the 9th Judicial District Court for the Parish of Rapides, State of Louisiana, where said action is now pending, as provided by Title 28 U.S.C. § 1441, et seq., and respectfully shows the following:

1.

That on August 23, 2022, Ducote Investment Properties, LLC, a Louisiana limited liability company natural domiciled in Rapides Parish, filed in the 9th Judicial District Court for the Parish of Rapides, State of Louisiana a petition for damages bearing docket number 274,518, Division "E", seeking to recover both contractual and extra-contractual damages and naming FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN as the defendant. FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN issued a policy of insurance to the

plaintiff that provided certain coverages to it. Said policy forms the basis of this litigation. Defendant, FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN, is a foreign corporation organized under the laws of the State of Michigan with its principal place of business located in Grand Rapids, Michigan and, thus, it is a citizen of the State of Michigan.

2.

Defendant, FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN, was provided a copy of plaintiff's petition and citation, at the earliest, on or about September 1, 2022, as evidenced by the attached pleadings and citation. This was defendant's official notice of the lawsuit having been filed and properly served. *See* Citation, Notice, and Petition attached hereto as Exhibit "A." However, the lawsuit did not reference the amount in dispute and defendant did not have any other documentation noting the amount plaintiff claimed in this lawsuit.

3.

The action described above is a civil action of which this court has original jurisdiction under the provisions of Title 28 U.S.C. § 1332, in that it is a civil action between citizens of different states, and wherein, based on "other paper" received from plaintiff, through its counsel, on October 24, 2022, the amount in controversy exceeds $75,000.00 exclusive of interest and costs.[1]

4.

Defendant, FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN, is a foreign corporation organized under the laws of the State of Michigan with its principal place of business located in Grand Rapids, Michigan and, thus, it is a citizen of the State of Michigan.

---

[1] *See* Exhibits "B," "C," and "D."

5.

The plaintiff, according to its Petition for Damages, is a Louisiana limited liability company natural and is domiciled in Rapides Parish in the State of Louisiana. Therefore, it is a citizen of the State of Louisiana.

6.

The amount in controversy in this action exceeds $75,000.00 exclusive of interest and costs. Plaintiff, through its Counsel, provided to defendant, through its Counsel, on or about October 24, 2022, a response to a request for admission noting its cause of action exceeded $75,000.00.[2] On the same date, plaintiff, through its Counsel, provided to defendant, through its Counsel, an estimate prepared for plaintiff that exceeded $75,000.00.[3] These documents are considered "other paper" pursuant to 28 U.S.C. § 1446 (b) (3). Plaintiff maintains in its petition that in addition to the amount of funds owed under its policy agreement that it is also owed penalties and attorneys' fees under Louisiana law.[4] Plaintiff's allegations that it is entitled to penalties and attorneys' fees, under La. Rev. Stat. 22: 1892 and/or 1973, shall be considered in ascertaining the amount in controversy.[5]

---

[2] *See* Plaintiff's Response to Request for Admission attached hereto as Exhibit "B."
[3] Plaintiff provided an estimate on October 24, 2022 which claims the property at issue has damages exceeding $103,000.00, which email and estimate is attached hereto as Exhibits "C" and "D." Plaintiff has a policy with defendant that extended $60,000.00 in dwelling coverages, pursuant to the terms and conditions of the policy. Plaintiff, based on the estimate submitted, maintains the full limits of his policy should have been paid and is now requesting penalties and attorneys' fees, which amounts, combined, exceed this Court's jurisdictional threshold of $75,000.00, exclusive of interest in costs.
[4] *See* Petition attached hereto as Exhibit "A," ¶ 35-40.
[5] *See St. Paul Reinsurance Co., Ltd. v. Greenberg,* 134 F.3d 1250, 1252 (5th Cir. 1998); *see also Foret v. Southern Farm Bureau Life Ins. Co.,* 918 F.2d 534, 537 (5th Cir.1990).

7.

For the foregoing reasons, this Court has jurisdiction of the subject matter of this action pursuant to 28 U.S.C. § 1332, as this action is between the citizens of different states, and the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

8.

This action was commenced against all parties in state court on August 23, 2022, and first notice thereof was not received by this defendant prior to September 1, 2022, when Foremost Insurance Company Grand Rapids, Michigan was provided a copy of the plaintiff's petition. However, the Petition did not specify the amount in dispute. Therefore, defendant issued discovery to ascertain the amount in controversy. Plaintiff, through its Counsel, provided to defendant, through its Counsel, on or about October 24, 2022 a response to a request for admission noting the amount in dispute exceeded $75,000.00.[6] Plaintiff further provided a copy of an estimate exceeding $103,000.00.[7] These documents are considered "other paper" pursuant to 28 U.S.C. § 1446 (b) (3), thus, defendant's time frame for filing this removal commenced on October 24, 2022, thus, this removal is timely filed.

9.

A copy of all process and pleadings filed with the State Court are being filed with this notice.

10.

Defendant will give written notice of the filing of this Notice of Removal in accordance with 28 U.S.C. § 1446 (d).

---

[6] *See* Exhibit "B."
[7] *See* Exhibits "C," and "D."

11.

A copy of this notice will be filed with the Clerk of the 9th Judicial District Court for the Parish of Rapides, State of Louisiana, as is required by Title 28 U.S.C. § 1446 (d).

12.

Defendant hereby requests a trial by jury.

WHEREFORE, defendant, FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN, requests that this action proceed in this Court, as an action properly removed to it.

Baton Rouge, Louisiana, this 22nd day of November, 2022.

Respectfully Submitted:

**KINCHEN, WALKER, BIENVENU,
   BARGAS, REED & HELM, L.L.C.**
9456 Jefferson Highway
Building III, Suite F
Baton Rouge, Louisiana 70809
Telephone:  (225) 292-6704
Facsimile:  (225) 292-6705
Email:  vbargas@kwbbrlaw.com
Email:  bharrel@kwbbrlaw.com
Email:  kmarchand@kwbbrlaw.com
Email:  mlefranc@kwbbrlaw.com

BY:  /s *VALERIE BRIGGS BARGAS*
   **VALERIE BRIGGS BARGAS**
   Louisiana Bar Roll Number 27392
   **BRIAN W. HARRELL**
   Louisiana Bar Roll Number 28439
   **KOLBY P. MARCHAND**
   Louisiana Bar Roll Number 38336
   **MAHALIE L. KYZAR**
   Louisiana Bar Roll Number 39255

*Attorneys for Foremost Insurance Company Grand Rapids, Michigan*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above and foregoing *Notice of Removal* has been electronically filed on November 22, 2022 with the Clerk of court using the CM/ECF system. Notice of this filing will be forwarded to the following attorney via the Court's Electronic Filing System, email, facsimile and/or US Mail:

| | |
|---|---|
| Mr. Tristan G. Gruspier | Mr. Rajan Pandit |
| Mr. Matthew M. Mize | Ms. Natalie Kobetz |
| Mr. W. Brett Cain | Ms. Christen DeNicholas |
| ROBICHAUX, MIZE, WADSACK, | PANDIT LAW FIRM, LLC |
|   RICHARDSON & WATSON, LLC | 701 Poydras Street |
| 1777 Ryan Street | Suite 3950 |
| P. O. Box 2065 | New Orleans, LA 70139 |
| Lake Charles, LA 70602 | Fax : 504.313.3820 |
| Fax: 337.433.8595 | Email : rpandit@panditlaw.com |
| Email: tgg@rmwlegal.com | Email : ngibbs@panditlaw.com |
| Email: mmm@rmwlegal.com | Email: cdenicholas@panditlaw.com |
| Email: wbc@rmwlegal.com | |

    *S/ VALERIE BRIGGS BARGAS*
**VALERIE BRIGGS BARGAS**