UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **DUCOTE INVESTMENT PROPERTIES, LLC** | **CASE NO.  1:22-CV-06050** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

Upon review of the Joint Motion to Dismiss with Prejudice [ECF No. 34],

IT IS HEREBY ORDERED that the above-captioned suit is DISMISSED with PREJUDICE, with each party to bear its own costs.

THUS DONE in Chambers on this 12th day of December, 2024.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE